JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANITA SARDAYANI,

            Plaintiff,

      v.

UNION PACIFIC RAILROAD COMPANY, et al.,

            Defendants.

Case No. CV 25-9071-MWF(KSx)

ORDER GRANTING STIPULATION OF DISMISSAL

The Court has considered the parties' Stipulation of Dismissal. (Docket No. 13). For good cause shown, the Stipulation is GRANTED. This action is DISMISSED with prejudice, with each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated: March 11, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-